# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GRANT G. OWENS & ELIZABETH D. OWENS   Case Number: 07-71923
325 PERRY AVENUE                              SSN-xxx-xx-8050 & xxx-xx-5503
SOUTH BELOIT, IL  61080

Case filed on: 8/14/2007
Plan Confirmed on: 12/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,020.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 168.24 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 168.24 | 0.00 |
| 018 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | TRACEY COATS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GRANT G. OWENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 600.00 | 600.00 | 0.00 | 0.00 |
| 002 | AMERICREDIT | 13,680.95 | 13,331.00 | 596.18 | 1,123.82 |
| 003 | COUNTRYWIDE HOME LOANS | 8,990.63 | 8,990.63 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS INC | 1,530.60 | 1,530.60 | 0.00 | 0.00 |
|  | Total Secured | 24,802.18 | 24,452.23 | 596.18 | 1,123.82 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICREDIT | 0.00 | 349.95 | 0.00 | 0.00 |
| 006 | BLACKMAN CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 511.82 | 511.82 | 0.00 | 0.00 |
| 008 | CHARTER | 345.80 | 345.80 | 0.00 | 0.00 |
| 009 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 580.06 | 580.06 | 0.00 | 0.00 |
| 011 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DIVERSIFIED COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HARTSOUGH DERMATOLOGY | 30.00 | 30.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 242.03 | 242.03 | 0.00 | 0.00 |
| 016 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSI EDUCATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 2,811.44 | 2,811.44 | 0.00 | 0.00 |
| 020 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ATTORNEY TERRY HOSS & | 182.00 | 182.00 | 0.00 | 0.00 |
| 022 | TRIBUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | WINNEBAGO COUNTY CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ASPIRE VISA | 377.09 | 377.09 | 0.00 | 0.00 |
| 025 | ASPIRE VISA | 845.65 | 845.65 | 0.00 | 0.00 |
| 026 | LVNV FUNDING LLC | 809.48 | 809.48 | 0.00 | 0.00 |
| 027 | LVNV FUNDING LLC | 486.89 | 486.89 | 0.00 | 0.00 |
| 028 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RICHARD FRIEND | 2,386.84 | 2,386.84 | 0.00 | 0.00 |
| 031 | RICHARD FRIEND | 2,733.08 | 2,733.08 | 0.00 | 0.00 |
| 032 | US DEPARTMENT OF EDUCATION | 5,616.61 | 5,616.61 | 0.00 | 0.00 |
| 033 | ILLINOIS STUDENT ASSISTANCE COMM | 2,077.24 | 2,077.24 | 0.00 | 0.00 |
|  | Total Unsecured | 20,036.03 | 20,385.98 | 0.00 | 0.00 |
|  | Grand Total: | 48,338.21 | 48,338.21 | 764.42 | 1,123.82 |

Total Paid Claimant:     $1,888.24
Trustee Allowance:       $131.76
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                      By  /s/Heather M. Fagan